CHARLES G. WARNER, California State Bar No. 039458
    chuck@warnerlaw.com
LAW OFFICES OF CHARLES G. WARNER
10 Ragsdale Drive, Suite 175
Monterey, California 93940
Telephone: (831) 375-0203
Facsimile: (831) 375-4159

CLIFFORD L. SCHAFFER, California State Bar No. 039847
    cliff@slmclaw.com
JOHN H. HORWITZ, California State Bar No. 137192
horwitzj@slmclaw.com
SCHAFFER, LAX, MCNAUGHTON & CHEN
515 South Figueroa Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 337-1000
Facsimile: (213) 337-1010

Attorneys for plaintiff TARA FLYNN, by and
through her Guardian Ad Litem MICHAEL
THOMAS FLYNN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TARA FLYNN, by and through her Guardian Ad Litem MICHAEL THOMAS FLYNN,<br><br>        Plaintiff,<br><br>   v.<br><br>MONTE ROBERT ROSS, an individual; NORCO GOODYEAR SERVICE STATION, a business entity form unknown; NORCO, a business entity form unknown; NORCO SERVICE STATION, a business entity form unknown; NORCO SERVICE CENTER, a business entity form unknown; RUSS M. NORTON, an individual,; CONESTOGA CONDOMINIUM ASSOCIATION, form unknown; and DOES 1-50,<br><br>        Defendants. | CASE NO. 2:09-CV-00588-WBS-GGH<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The COURT, having reviewed the papers submitted, finds that it is reasonable and

SCHAFFER, LAX, MCNAUGHTON & CHEN
A PROFESSIONAL CORPORATION
515 SOUTH FIGUEROA STREET, SUITE 1400
LOS ANGELES, CALIFORNIA 90071
(213) 337-1000

SCHAFFER, LAX, McNAUGHTON & CHEN
A PROFESSIONAL CORPORATION
515 SOUTH FIGUEROA STREET, SUITE 1400
LOS ANGELES, CALIFORNIA 90071
(213) 337-1000

1  necessary to appoint, as requested, a guardian ad litem for TARA FLYNN.

2      MICHAEL THOMAS FLYNN is hereby appointed Guardian Ad Litem for TARA

3  FLYNN for the purpose of bringing a civil action in this Court against MONTE ROBERT ROSS,

4  NORCO GOODYEAR SERVICE STATION, NORCO, NORCO SERVICE STATION, NORCO

5  SERVICE CENTER, RUSS M. NORTON and CONESTOGA CONDOMINIUM

6  ASSOCIATION growing out of an incident occurring on or about January 10, 2008 and involving

7  allegations of negligence, negligence per se, and negligent hiring and retention.

8

9      IT IS SO ORDERED

10     DATED: March 16, 2009

11

12                              _William B. Shubb_

13                              WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

14