CHARLES G. WARNER, California State Bar No. 039458
chuck@warnerlaw.com
LAW OFFICES OF CHARLES G. WARNER
10 Ragsdale Drive, Suite 175
Monterey, California 93940
Telephone: (831) 375-0203
Facsimile: (831) 375-4159

CLIFFORD L. SCHAFFER, State Bar No. 039847
cliff@slmclaw.com
JOHN H. HORWITZ, State Bar No. 137192
john@slmclaw.com
SCHAFFER, LAX, McNAUGHTON & CHEN
A Professional Corporation
515 South Figueroa Street, Suite 1400
Los Angeles, California 90071
Telephone:  (213) 337-1000
Facsimile:  (213) 337-1010

Attorneys for Plaintiff TARA FLYNN, by and through her Guardian Ad Litem, MICHAEL THOMAS FLYNN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TARA FLYNN, by and through her Guardian Ad Litem, MICHAEL THOMAS FLYNN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MONTE ROBERT ROSS, an individual; NORCO, a business entity form unknown; NORCO GOODYEAR SERVICE STATION, a business entity form unknown; NORCO SERVICE STATION, a business entity form unknown; NORCO SERVICE CENTER, a business entity form unknown; RUSS M. NORTON, an individual; CONESTOGA CONDOMINIUM ASSOCIATION; DOES 1-25,<br><br>　　　　　　Defendants. | CASE NO. 2:09-CV-00588-WBS-GGH<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR SCHEDULING CONFERENCE**<br><br>**[Filed Concurrently with Stipulation]** |

　　　　THE COURT, having considered the parties' Stipulation filed June 12, 2009, regarding the request to extend time for the Scheduling Conference, the record on file in this action, and good

253000 16562

[PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT

1   cause appearing, the Scheduling Conference currently set for June 29, 2009 is hereby removed
2   from the calendar and rescheduled for **<u>September 8, 2009 at 2:00 p.m.</u>**
3       IT IS SO ORDERED.
4
5   Dated:  June 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

253000 16562

2

[PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT