**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TARA FLYNN, by and through her Guardian Ad Litem, MICHAEL THOMAS FLYNN, <br><br> Plaintiffs, <br><br> v. <br><br> MONTE ROBERT ROSS, an individual; NORCO, a business entity form unknown; NORCO GOODYEAR SERVICE STATION, a business entity form unknown; NORCO SERVICE STATION, a business entity form unknown; NORCO SERVICE CENTER, a business entity form unknown; RUSS M. NORTON, an individual; CONESTOGA CONDOMINIUM ASSOCIATION; DOES 1-25, <br><br> Defendants. | NO. CIV. 2:09-CV-00588-WBS-GGH <br><br> **AMENDED ORDER RE: PETITION FOR COMPROMISE OF CLAIM OF INCOMPETENT PERSON** |

----oo0oo----

Plaintiff Tara Flynn, by and through her Guardian Ad Litem,[1] Michael Thomas Flynn (petitioner"), brought this action

---

[1] Plaintiff is an adult "person with a disability" within the meaning of California Probate Code Section 3603. Plaintiff
(footnote continued)

1 alleging negligence, negligence per se, and negligent hiring and
2 retention against defendants Monte Roberts, Norco, Norco Goodyear
3 Service Station, Norco Service Station, Norco Service Center,
4 Russ M. Norton, Conestoga Condominium Association, Norco Loader
5 services, and Does 1-50.  Plaintiff's claims were dismissed
6 against all parties except Monte Robert Ross, Norco Loader
7 Services, Russ M. Norton, and Conestoga Condominium Association.
8 Defendants Norco Loader Services, through its insurance carrier,
9 and the Conestoga Condominium Association agreed to a settlement
10 with petitioner and plaintiff's attorneys over plaintiff's
11 action.  On August 28, 2009, petitioner filed a petition to
12 approve the terms of the settlement agreement.  Defendants have
13 not filed an opposition to the petition.  Before the court is the
14 petition for approval of the settlement agreement reached by the
15 parties.

16    The action was settled through mediation before Hon.
17 Robert T. Altman (ret.) of ADR Services in Los Angeles,
18 California.  (Petition for Compromise of Claim of Incompetent
19 Person ¶ 1.)  Defendant Norco Loader Services, through its
20 insurance carrier, has agreed to pay plaintiff the policy limit
21 of $1,000,000.  (Id. ¶ 16.)  Ad independent investigation
22 ascertained that there are no assets over and above the insurance

---

is a 23 year old citizen of Ireland who has severe neurological
deficits as the result of brain injuries from a fatty embolism
caused by a severe pelvic fracture sustained when plaintiff was
struck with a snow loader by defendant Monte Robert Ross.  (See
Petition for Compromise of Claim of Incompetent Person Ex. 1.)
She requires assistance for activities of daily living and is
unable to return to independence.  (Id.)

2

1 policy that would contribute additional funds to the settlement.
2 (Id.)  Defendant Conestoga Condominium has agreed to pay $10,000
3 despite questionable liability in the action.[2]  (Id.)

4      Plaintiff's travel insurance company, Global Excel,
5 asserted a medical lien of $435,749.59 at the outset of the case,
6 pursuant to an Irish Travel Policy.  (Supplemental Decl. Of
7 Charles G. Warner ¶ 2.)  Plaintiff initially believed that Global
8 Excel was willing to accept $8,001.86 of plaintiff's settlement
9 funds in satisfaction of the lien.  However, after the filing of
10 this petition Global Excel's attorneys clarified that Global
11 Excel's acceptance of the reimbursement amount[3] was conditioned
12 petitioner giving up a right to pursue reimbursement for payments
13 he made out of pocket to the Kessler Coma Institute and Barcelona
14 Coma Facility which Global Excel claims are not covered under its
15 polity.  (Id.)  Since petitioner is unwilling to waive this
16 right, he and Global Excel have agreed that the right of
17 petitioner to recover funds from Global Excel and Global Excel's
18 right to recover any funds from plaintiff's net settlement shall
19 be deferred for decision to the Irish courts.

---

[2] At the time of the incident that led to the plaintiff's condition Conestoga Condominium had independent contractor agreements with defendants, making their liability questionable. (Petition for Compromise of Claim of Incompetent Person ¶ 16.)

[3] The reimbursement amount was calculated by Hon. Robert T. Altman (ret.) during mediation according to the method prescribed by Irish Law. (Petition for Compromise of Claim of Incompetent Person ¶ 11.)  Under Irish law the repayment of the lien is assessed by calculating the ratio between the actual amount recovered and the overall value of the case. (Id.)  The mediator valued the case at $50,000,000, which along with the recovered amount of $1,010,000 is the basis for the reimbursement figure. (Id.)

1        Under the proposed settlement plaintiff will receive
2   $1,010,000-$666,545.05 (two-thirds) personally and $343,454.95
3   (one-third) for attorneys fees and costs.  The court has
4   considered all of the papers on file, and has questioned the
5   guardian ad litem and counsel at the hearing on this motion on
6   September 28, 2009, and as a result finds that the proposed
7   settlement is reasonable and in the best interests of all
8   parties.
9        IT IS THEREFORE ORDERED that plaintiff's motion for
10  approval of compromise of pending claim of an incompetent person
11  be, and the same hereby is, GRANTED.
12       IT IS FURTHER ORDERED that:
13       (1)  The proposed compromise of the action and
14  disposition of the proceeds of the compromise settlement is
15  hereby approved;
16       (2)  Attorney fees and costs advanced in the total
17  amount of $343,454.95 are hereby authorized to be paid out of the
18  proceeds of the settlement, and the payer shall pay by one or
19  more checks or drafts, drawn payable to the order of the
20  petitioner and petitioner's attorneys.  The attorney fees and
21  costs advanced shall be payable as follows:
22            (a)  $139,021.21 to Schaffer, Lax, McNaughton &
23  Chen
24            (b)  $204,433.74 to Charles G. Warner;
25       (3)  The settlement funds in dispute between Global
26  Excel and petitioner shall be maintained in plaintiff's Trust
27  Account until further order of the Irish Courts;
28       (4)  The balance of $666,545.05 is ordered to be

4

1  payable to "Chase Bank on behalf of Tara Flynn" and deposited in
2  an account.  Within 48 hours of receipt of the check or draft
3  described herein above the petitioner must deposit the check or
4  draft in the claimant's name in on ore more accounts at:  Chase
5  Bank, 801 K Street, Suite 110, Sacramento, California  95814.
6  Plaintiff's guardian ad litem, petitioner Michael Thomas Flynn,
7  may withdraw funds from the account or accounts in such amounts
8  and at such times as shall in petitioner's sound discretion be in
9  the best interests of plaintiff;
10         (5)  Petitioner is authorized and directed to execute
11 any and all documents reasonably necessary to carry out the terms
12 of the settlement; and
13         (6)  As soon as the High Court of Ireland establishes a
14 "Wardship of an Adult Person With a Disability" for plaintiff,
15 Solicitor John Power and petitioner's current counsel shall take
16 the necessary steps for the transfer of plaintiff's funds to the
17 court administered Warship in Ireland.
18       DATED:  October 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE