# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TARA FLYNN, by and through her Guardian Ad Litem, MICHAEL THOMAS FLYYN,<br><br>Plaintiff,<br><br>v.<br><br>MONTE ROBERT ROSS, an individual; NORCO, a business entity form unknown; NORCO GOODYEAR SERVICES STATION; a business entity form unknown; NORCO SERVICE CENTER, a business entity unknown; NORCO SERVICE CENTER, a business entity unknown; RUSS M. NORTON, an individual; CONESTOGA CONDOMINIUM ASSOCIATION, a mutual benefit association, form unknown, DOES 1-50,<br><br>Defendants. | CASE NO. 09-CV-00588-WBS-GGH<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Trial Date:           NONE |

GOOD CAUSE APPEARING THEREFOR IN THE ABOVE STIPULATION OF THE PARTIES:

IT IS HEREBY ORDERED that:

1. The Complaint is to be dismissed with prejudice;

2. The Counter-Claim is to be dismissed with prejudice; and

3. The parties will bear their own costs and attorneys' fees as incurred

290463 16562

ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION

SCHAFFER, LAX, MCNAUGHTON & CHEN
A PROFESSIONAL CORPORATION
515 SOUTH FIGUEROA STREET, SUITE 1400
LOS ANGELES, CALIFORNIA 90071
(213) 337-1000

1 against one another.

2   IT IS SO ORDERED.

3 DATED:  October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

290463 16562

2

ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION